**FILED**

JUN 18 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0556 CRB |
| Plaintiff, ) | |
| ) | [Proposed] |
| v. ) | **ORDER PERMITTING TRAVEL** |
| CHARMETRA URSSERY, ) | |
| Defendant. ) | |

Pursuant to the *ex parte* application submitted by Defendant Charmetra Urssery, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Charmetra Urssery shall be permitted to travel to and from Las Vegas for June 28 – July 1, 2013.

IT IS SO ORDERED.

Dated: June ___, 2013

Maria Elena James
United States Magistrate Judge